PROB 12C
(6/16)

Report Date: June 11, 2021

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 14, 2021

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Moises Marquez                Case Number: 0980 1:18CR02013-SAB-1

Address of Offender:                            Spokane, Washington 99204

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: November 7, 2018

Original Offense:     Ct. 3:Bank Robbery, 18 U.S.C. § 2113(a);
                      Ct. 4: Bank Robbery, 18 U.S.C. § 2113(a);
                      Ct. 6: Bank Robbery, 18 U.S.C. § 2113(a)

Original Sentence:    Prison - 40 months                Type of Supervision: Supervised Release
                      TSR - 36 months

Asst. U.S. Attorney:  Benjamin D. Seal                  Date Supervision Commenced: November 4, 2020

Defense Attorney:     Jeremy B. Sporn                   Date Supervision Expires: November 3, 2023

### PETITIONING THE COURT

To issue a warrant and to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 06/09/2021.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Standard Condition #5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 calendar days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.  |
|   | **Supporting Evidence**: The offender is considered to be in violation of his period of supervised release by failing to advise his supervising probation officer of a change of residence on/or prior to June 10, 2021. |
|   | On November 10, 2020, the offender signed his Amended Judgment in a criminal case indicating he understood he was to notify his supervising probation officer prior to a change of residence. |

Prob12C
**Re: Marquez, Moises**
**June 11, 2021**
**Page 2**

On June 8, 2021, the offender reported to the probation office in Richland, Washington, at which time he indicated he was going to enter detox and be assessed for inpatient chemical dependancy treatment. The next morning, the offender called this officer and advised he was receiving services at Movement 24, in Yakima, Washington, and had started his detox and treatment. The offender was advised a summons had been requested and he would be receiving the date of the hearing soon.

On June 10, 2021, Movement 24, called and advised the offender had left treatment and was no longer receiving services. The offender has not contacted this officer and his current whereabouts is unknown.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 11, 2021

s/David L. McCary

David L. McCary
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

6/14/2021
Date