PROB 12C
(6/16)

Report Date: July 13, 2021

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 14, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Moises Marquez | Case Number: 0980 1:18CR02013-SAB-1 |

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: November 7, 2018

| Original Offense: | Ct. 3: Bank Robbery, 18 U.S.C. § 2113(a); Ct. 4: Bank Robbery, 18 U.S.C. § 2113(a); Ct. 6: Bank Robbery, 18 U.S.C. § 2113(a) | | |
|---|---|---|---|
| Original Sentence: | Prison - 40 months  TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Ben Seal | Date Supervision Commenced: | November 4, 2020 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: | November 3, 2023 |

## PETITIONING THE COURT

To issue a warrant and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 06/09/2021 and 06/11/2021.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Standard Condition #5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 calendar days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change. |
| | **Supporting Evidence**: The offender is considered to be in violation of his period of supervised release by failing to advise his supervising probation officer of a change of residence on or prior to June 30, 2021. |
| | On November 10, 2020, the offender signed his amended judgment in a criminal case indicating he understood he was to notify his supervising probation officer prior to a change of residence. |

Prob12C
**Re: Marquez, Moises**
**July 13, 2021**
**Page 2**

On July 13, 2021, contact was made with James Oldham Treatment Center (JOTC) in Buena, Washington, to check on the offender's progress in inpatient chemical dependancy treatment. Staff advised the offender had been removed form treatment on June 30, 2021, for rule violations. An attempt was made to contact the offender at his last listed telephone number but the number was no longer in service. The offender has not contacted the probation office since his removal from inpatient treatment on June 30, 2021. At this time his whereabouts is unknown.

| | |
|---|---|
| 8 | **Special Condition # 4**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |

**Supporting Evidence**: The offender is considered to be in violation of his period of supervised release by aborting treatment on or prior to June 30, 2021.

On November 10, 2020, the offender signed his amended judgment in a criminal case indicating he understood he was to enter into and successfully complete an approved substance abuse treatment program.

On April 27, 2021, the offender completed a substance use disorder assessment with Somerset Counseling Center in Richland, Washington. The offender was assessed as needing intensive outpatient treatment. After failing to comply with the expectations of outpatient treatment and testing positive for additional drug use, the offender's treatment was reassessed and inpatient treatment was recommended.

On June 12, 2021, the offender entered inpatient treatment with JOTC. As noted above, the offender was removed from inpatient treatment on June 30, 2021, after failing to comply with the rules of the facility and has failed to contact the probation office since his removal.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  7/13/2021

s/ David L. McCary

David L. McCary
U.S. Probation Officer

Prob12C
**Re: Marquez, Moises**
**July 13, 2021**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*signature*

Signature of Judicial Officer

7/14/2021

Date