PROB 12C
(6/16)

Report Date: June 24, 2022

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 27, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Moises Marquez                           Case Number: 0980 1:18CR02013-SAB-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮ Prosser, Washington 99350

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: November 7, 2018

| | | |
|---|---|---|
| Original Offense: | Cts. 3, 4, and 6: Bank Robbery, 18 U.S.C. § 2113(a) | |
| Original Sentence: | Prison - 40 months;<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(11/16/2021) | Prison - 3 months;<br>TSR - 30 months | |
| Asst. U.S. Attorney: | Benjamin Seal | Date Supervision Commenced: December 13, 2021 |
| Defense Attorney: | Nick Mirr | Date Supervision Expires: June 12, 2024 |

### PETITIONING THE COURT

To issue a summons.

On December 13, 2021, Mr. Marquez began his second term of supervised release. That same day, a probation officer reviewed the judgment and sentence with Mr. Marquez. He acknowledging a full understanding of his conditions of supervision, signed his judgment, and was provided a copy.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #8**: You must participate in the Teen Challenge inpatient substance abuse treatment program and any recommended aftercare. You must follow the rules and regulations of the treatment program. The probation officer will supervise your participation in the program (provider, location, modality, intensity, etc.). You must pay the costs of the program if financially able.<br><br>**Supporting Evidence**: Mr. Marquez is considered in violation of his supervised release by failing to remain and participate in the Teen Challenge program since on or about June 20, 2022.<br><br>Due to a drug relapse and need for additional support, on March 31, 2022, Mr. Marquez signed a waiver of hearing to modify his supervised release modification and agreed to |

Prob12C
**Re: Marquez, Moises**
**June 24, 2022**
**Page 2**

reenter the Teen Challenge program in Pasco, Washington. He was admitted into and began the program that same date. Prior to signing the modification, Mr. Marquez committed to completing the entire 1-year long program. The Court was notified of the modified condition and concurred with the modification on April 1, 2022.

Mr. Marquez contacted the undersigned officer on June 21, 2022, to advise he was told to leave the Teen Challenge facility in Pasco on June 20, 2022. He indicated the staff accused him of witchcraft as he was doing a cleansing with an egg, and he had a bracelet he wore that they did not agree with. Mr. Marquez reported he was now staying at his mother's residence in Prosser, Washington.

The undersigned officer contacted the Teen Challenge facility later that same day, June 21, 2022, and was advised Mr. Marquez left of his own accord. Teen Challenge staff explained they are a faith-based Christian community and discussed with Mr. Marquez that the cleansing practice was not a practice they endorsed. Staff stated Mr. Marquez was not disciplined or told to leave for the practice, he was just asked not to perform it. Mr. Marquez chose to leave the facility at approximately 1p.m. on June 20, 2022.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  June 24, 2022

s/SanJuanita B. Coronado

SanJuanita B. Coronado
Supervisory U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[x]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

6/27/2022
Date