PROB 12C
(6/16)

Report Date: August 24, 2022

# United States District Court

**for the**

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 25, 2022

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Moises Marquez | Case Number: 0980 1:18CR02013-SAB-1 |
| Address of Offender: Last known: ▓▓▓▓▓▓▓▓ Prosser, Washington 99350 | |
| Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge | |
| Date of Original Sentence: November 7, 2018 | |
| Original Offense: Cts. 3, 4, and 6: Bank Robbery, 18 U.S.C. § 2113(a) | |
| Original Sentence: Prison - 40 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (11/16/2021) Prison - 3 months; TSR - 30 months | |
| Asst. U.S. Attorney: Frances Walker | Date Supervision Commenced: December 13, 2021 |
| Defense Attorney: Nick Mirr | Date Supervision Expires: June 12, 2024 |

## PETITIONING THE COURT

To issue a warrant.

On December 13, 2021, Mr. Marquez began his second term of supervised release. That same day, a probation officer reviewed the judgment and sentence with Mr. Marquez. He acknowledging a full understanding of his conditions of supervision, signed his judgment and was provided a copy.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed. |
| | **Supporting Evidence**: Mr. Marquez is considered in violation of his term of supervised release by failing to report to the probation office as instructed on August 22, 2022. |
| | Mr. Marquez was residing with his mother at the above noted address in Prosser, Washington. Due to Mr. Marquez's behavior and suspected relapse, his mother contacted this officer on August 19, 2022, at around 7:30 a.m., and advised she was going to have him leave her residence. This officer spoke with Mr. Marquez by telephone at that same time as well. He walked away from the home and was going to find other relatives to stay with. |

Prob12C
**Re: Marquez, Moises**
**August 24, 2022**
**Page 2**

                Later that same day, this officer contact Mr. Marquez and he agreed to report to the probation office on Monday, August 22, 2022, as he stated he would be in the Tri-Cities, Washington, area for an appointment at the Department of Social and Health Services and for an interview for an Oxford House. He noted he had a ride arranged to take him to the appointment and also to report to the probation office.

                Mr. Marquez failed to report as required and did not contact this officer to notify why he could not report. This officer attempted to contact Mr. Marquez on August 22, 2022, by phone and left a voice mail instructing him to call back that same day. To date, Mr. Marquez has not reported to the probation office or contacted this officer.

2        **Special Condition # 4**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the Court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

                **Supporting Evidence**: Mr. Marquez is considered in violation of his term of supervised release by failing to comply with substance abuse treatment since on or before August 22, 2022.

                Mr. Marquez was attending substance abuse treatment at Life Renewal Behavioral Health (Life Renewal). He missed an individual session on August 4, 2022. This officer contacted Mr. Marquez, who advised he had rescheduled and had an appointment set for August 9, 2022. Mr. Marquez was untruthful as this officer contacted his counselor on August 11, 2022, and was advised Mr. Marquez did not have an appointment on August 9, 2022.

                This officer spoke to Mr. Marquez by telephone on August 15, 2022, and he advised he had a virtual appointment with his counselor that same day at 3:30 p.m. This officer was advised on August 17, 2022, Mr. Marquez did not attend his virtual appointment. Currently, Mr. Marquez is in noncompliance with his treatment program. His counselor noted he last attended a session on July 25, 2022. Mr. Marquez's treatment file will be closed at the end of this month for no contact/aborting treatment.

3        **Standard Condition #5:** You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation office within 72 hours of becoming aware of a change or expected change.

                **Supporting Evidence**: Mr. Marquez is considered in violation of his term of supervised release by failing to notify the probation officer of this change of address on or about August 19, 2022.

                As noted in violation #1, due to Mr. Marquez's behavior and suspected drug use, his mother informed Mr. Marquez he could no longer reside in her home. He left the residence early in the morning that same day. This officer spoke with Mr. Marquez by phone and he stated he would be contacting other family members to see about residing with them temporarily. He was instructed to contact this officer as soon as he had an address.

Prob12C
Re: Marquez, Moises
August 24, 2022
Page 3

This officer had not heard back from Mr. Marquez the rest of the day and at around 4 p.m., the officer contacted him by telephone. He stated he was staying down the road from his mother's residence at a friend's house, but he did not have her number and did not know the physical address of her residence. He stated his friend's name was Jan, and he thought her last name was Torgrassi. This officer instructed Mr. Marquez to call and/or text this officer back with her contact and residence information this same day. He failed to provide the information as instructed.

On August 22, 2022, this officer again attempted to contact Mr. Marquez by telephone and left him a voice mail to call back this same day. To date, Mr. Marquez has not contacted this officer or provided his address; and his whereabouts is unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   August 24, 2022

s/SanJuanita B. Coronado

SanJuanita B. Coronado
Supervisory U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*Stanley A. Bastian*

Signature of Judicial Officer

8/25/2022

Date